AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No.   7:11-mj-00256-UA-1 |
| Sam Fanelli | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sam Fanelli

Date:   02/09/2011

*Attorney's signature*

Zachary Margulis-Ohnuma
*Printed name and bar number*

Law Office of Zachary Margulis-Ohnuma
260 Madison Avenue, 17th Floor
New York, New York 10016
*Address*

zach@zmolaw.com
*E-mail address*

(212) 685-0999
*Telephone number*

(212) 685-0922
*FAX number*