ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

          - v. -                    :  **INFORMATION**

                                :  11 Cr. 237

SAMUEL FANELLI,                    :
                                                    Information Filed
            Defendant.           :  Courtflow
                                                    15 min.
                                :

- - - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

(Distribution of Child Pornography)

The United States Attorney charges:

On or about September 1, 2010, in the Southern District of New York and elsewhere, SAMUEL FANELLI, the defendant, unlawfully, willfully, and knowingly, did receive and distribute materials that contained child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, FANELLI distributed files containing child pornography from a computer in White Plains, New York, over the internet via a file sharing program.

(Title 18, United States Code, Section 2252A(a)(2)(B).)

## COUNT TWO

(Possession of Child Pornography)

The United States Attorney further charges:

From at least on or about September 1, 2010 through on or about December 21, 2010, in the Southern District of New York and elsewhere, SAMUEL FANELLI, the defendant, unlawfully, willfully, and knowingly, did possess, and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, FANELLI possessed on a computer in White Plains, New York files containing child pornography that had been downloaded from the internet.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

*[signature]*
PREET BHARARA
United States Attorney