# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

MEMO ENDORSED

*Adj'd to 7/5/11 @ 10:00 AM*

June 23, 2011

**Via FAX (914) 390-4278**

Hon. Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas Sreet
White Plains, NY 10601-4150

*[Signed] Cathy Seibel 6/27/11*

RE: <u>United States v. Samuel Fanelli</u>, 11 Cr. 237 (CS)

Dear Judge Seibel:

    This office represents Samuel Fanelli, the defendant in the above-captioned case. A conference for a possible disposition is scheduled for this coming Monday, June 27, 2011. However, I just today received a plea agreement from the government and will need time to review it with my client. I therefore request that the court date be adjourned for approximately one week. I have spoken to AUSA Rebecca Mermelstein and she advises that the government consents to this request. Attorneys for both parties are available anytime on Tuesday, July 5, 2011.

    Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC: AUSA Rebecca Mermelstein (via fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/11
```

260 MADISON AVENUE • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM

Law Office of Zachary Margulis-Ohnuma
260 Madison Avenue, 18th Floor
New York, NY 10016
Phone: (212) 685-0999
Fax: (212) 685-0922
www.zmolaw.com

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Hon. Cathy Seibel | **Fax:** | (914) 390-4278 |
| **From:** | Zachary Margulis-Ohnuma | **Date:** | 6/23/2011 |
| **Re:** | United States v. Samuel Fanelli, 11 Cr. 237 (CS) | **Pages:** | 2 (including cover) |
| **CC:** | | | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

