

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

MEMO ENDORSED

United States Courthouse
300 Quarropas St.
White Plains, New York 10601

January 27, 2012

**BY HAND**
The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Sentencing adjourned to:
March 8, 2012
10:00 AM

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 2/07/12

Re:   **United States v. Samuel Fanelli**
      11 CR 237 (CS)

Dear Judge Seibel:

    The Government writes to respectfully request an adjournment of the sentencing in the above referenced matter, which was previously scheduled for January 30, 2012. The purpose of the adjournment is to permit the Government to finalize certain restitution issues with the Department of Justice's Child Exploitation and Obscenity Section. Defense Counsel has consented to this request. Pursuant to consultation with Your Honor's chambers, the Government requests that the sentencing be scheduled for February 16, 2012 at 2:00 p.m., or at such other time as is convenient for the Court.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By: *Rebecca Mermelstein*
    Rebecca Mermelstein
    Assistant United States Attorney
    (914) 993-1946

CC: Zachary Margulis-Ohnuma, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2012